UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ULYSSES PERSILVER,<br><br>                    Plaintiff,<br><br>        v.<br><br>MERCHANTS CREDIT CORPORATION,<br><br>                    Defendant. | CASE NO. 2:19-cv-01922-RAJ<br><br>**ORDER REGARDING STATUS OF COUNSEL** |

The Attorney Admissions Clerk has received notice that Jason L. Woehler, attorney for Defendant Merchants Credit Corporation ("MCC"), has resigned from the practice of law. Accordingly, Mr. Woehler is **ORDERED**, pursuant to LCR 83.2(4), to certify to the Court that he has advised MCC that it is required to obtain a replacement attorney admitted to practice before this Court and shall further advise when the replacement attorney is expected to file a notice of appearance on MCC's behalf.

DATED this 9th day of September, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER REGARDING STATUS OF
COUNSEL - 1